NUMBER
13-09-00546-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

RAMIRO BALTAZAR,
SUSIE BALTAZAR 

AND/OR ALL OCCUPANTS
3114 SONOMA DRIVE, 

CORPUS CHRSTI, TX
78414,                                                     Appellants,

 

                                                             v.

 

THE BANK OF NEW TRUST
COMPANY N.A. 

AS SUCESSOR TO
JPMORGAN CHASE 

BANK N.A. AS TRUSTEE,                                                               Appellee.


____________________________________________________________

 

                      On
Appeal from the County Court at Law No. 5

                                        of
Nueces County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

              Before Chief Justice Valdez and Justices Benavides and Vela

Memorandum Opinion
Per Curiam

 








Appellants,
Ramiro Baltazar and Susie Baltazar, perfected an appeal from a judgment entered
by the County Court at Law No. 5 of Nueces County, Texas, in cause number 09-60307-5. 
Appellants have filed a motion to dismiss the appeal on grounds that the matter
at issue has been resolved.  Appellants request that this Court dismiss the
appeal.

The
Court, having considered the documents on file and appellants= motion to dismiss the appeal, is of the opinion that the
motion should be granted.  See Tex.
R. App. P. 42.1(a).  Appellants= motion to dismiss is granted, and the
appeal is hereby DISMISSED.  Costs will be taxed against appellants. See
Tex. R. App. P. 42.1(d)
("Absent agreement of the parties, the court will tax costs against the
appellant.").  Having dismissed the appeal at appellants= request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.

 

PER
CURIAM

Delivered and filed the

27th day of May, 2010.